# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.: 4:09CR00027-001 SWW

CLARENCE EDWARD FRAZIER

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon agreement of the parties, the Court found that this matter should be continued for a period of 90 days and that the conditions of defendant's supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

1. Defendant shall serve a period of THIRTY (30) DAYS in a community confinement facility under the guidance and supervision of the U. S Probation Office. Defendant shall remain detained pending placement in a community confinement facility.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect.

Defendant is reminded that if he violates the conditions of his supervised release prior to the end of the 90-day period, a revocation hearing will be scheduled immediately.

The status hearing on the government's motion to revoke is scheduled for **THURSDAY, OCTOBER 15, 2009 at 1:00 p.m.**, or the government should file a motion to withdraw its revocation petition.

IT IS SO ORDERED this 30th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE