**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                        NO. 4:09CR00027-001 SWW

CLARENCE EDWARD FRAZIER

<u>ORDER</u>

The above entitled cause came on for hearing on September 27, 2012 on government's petition to revoke the supervised release [doc #15] previously granted this defendant in the United States District Court for the Western District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***EIGHTEEN (18) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Forrest City, Arkansas or as close to Central Arkansas as possible; and that defendant participate in a residential or non-residential drug treatment program during incarceration.

The remainder of the fine in the amount of $3,202.83 is payable during incarceration in which defendant will pay 50% per month of all funds that are available to him.

There will be ***NO*** supervised release to follow.

The defendant directed to report to the U. S. Marshal's Office ***by noon on Monday, October 29, 2012.***

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of his supervised release prior to the

report date, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 27TH day of September 2012.

<u>/s/Susan Webber Wright</u>

United States District Judge